UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

```
CHERYL MARTIN,                       )    2:11-cv-01113-ECR-PAL
                                     )
                                     )
           Plaintiff,                )    MINUTES OF THE COURT
                                     )
vs.                                  )    DATE: July 20, 2012
                                     )
                                     )
JUDY HODGKINS,                       )
                                     )
                                     )
           Defendant.                )
_____)
```

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Judicial Assistant: CANDACE KNAB      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)               NONE APPEARING

Counsel for Defendant(s)               NONE APPEARING

MINUTE ORDER IN CHAMBERS

      It is ordered that this case is referred to Chief Judge Robert C. Jones for reassignment.

                                                                                   LANCE S. WILSON, CLERK

                                                                       By        /s/
                                                                          Judicial Assistant