UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


```
CHERYL MARTIN,                       )    2:11-cv-01113-ECR-PAL
                                     )
                                     )
            Plaintiff,               )    MINUTES OF THE COURT
                                     )
vs.                                  )    DATE: July 20, 2012
                                     )
                                     )
JUDY HODGKINS,                       )
                                     )
                                     )
            Defendant.               )
_____)
```

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Judicial Assistant: CANDACE KNAB      Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

      It is ordered that this case is referred to Chief Judge Robert C. Jones for reassignment.


                                                         LANCE S. WILSON, CLERK

                                                         By      /s/
                                                             Judicial Assistant