1  **STUTZ ARTIANO SHINOFF & HOLTZ, A.P.C.**
   James F. Holtz, Esq.
2  Nevada Bar No. 8119
   Scott J. Ingold, Esq.
3  Nevada Bar No. 11818
   1120 Town Center Drive, Suite 220
4  Las Vegas, Nevada  89144
   Telephone:   (702) 304-1803
5  Facsimile:    (702) 304-1822
   jholtz@stutzartiano.com
6
   Attorneys for Defendant JUDY HODGKINS
7

8

9

10                    **UNITED STATES DISTRICT COURT**

11                       **FOR THE DISTRICT OF NEVADA**

12  CHERYL MARTIN,                          Case No.  2:11-cv-01113-GMN-CWH

13           Plaintiff,                     **ORDER GRANTING DEFENDANT'S APPLICATION FOR LEAVE TO FILE MOTION IN LIMINE UNDER SEAL**
14  v.

15  JUDY HODGKINS, individually,

16           Defendant.

17

18         Pursuant to Federal Rule of Civil Procedure 5.2(d), and having considered the

19  relevant arguments and moving papers, the Court hereby GRANTS Defendant JUDY

20  HODGKINS's application for good cause shown.

21         The Court orders as follows:

22         1.     Defendant JUDY HODGKINS is granted leave to electronically file her

23  motion in limine regarding the cause of her anxiety and depression under seal.  The same

24  shall be served on all other parties by e-mail and mail;

25  ///

26  ///

27  ///

28  ///

G:\DATA\4578\2\PL\S0101993.WPD                          1

ORDER

2. Any papers filed in response or opposition to the above motion in limine shall be electronically filed under seal, and served on all other parties by e-mail and mail.

IT IS SO ORDERED.

**DATED** this 6th day of August, 2012.

_____
Gloria M. Navarro
United States District Judge