UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHERYL MARTIN, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01113-ECR-CWH |
| vs. | ) | **ORDER** |
| JUDY HODGKINS, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant Judy Hodgkins Motion for Reconsideration (#48), filed August 23, 2012.

Defendant Hodgkins requests that the Court reconsider its prior order denying her request for an exception to the personal attendance requirement at the September 12, 2012, settlement conference. Plaintiff does not oppose the request. After review, the Court finds that Ms. Hodgkins has demonstrated good cause for the requested relief and, therefore, she is not required to personally attend the settlement conference. The Court will require that she be available by telephone. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Judy Hodgkins Motion for Reconsideration (#48) is **granted**.

DATED this 29th day of August, 2012.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**